JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lavell Teran Robinson, <br><br>        Plaintiff, <br><br>   vs. <br><br> Kilolo Kijakazi, Acting Commissioner of Social Security, <br><br>        Defendant. | Case No. 1:22-cv-01186-SKO <br><br> STIPULATION and UNOPPOSED MOTION AND ORDER FOR EXTENSION OF TIME <br><br> (Doc. 14) |

     IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that Plaintiff shall have a 30-day extension of time, from March 6, 2023 to April 5, 2023, for Plaintiff to serve on Defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.  Pursuant to the scheduling order dated September 21, 2022, "The court will allow a single thirty (30) day extension of any part of this scheduling order by stipulation of the parties.  Court approval is not required for this extension." (ECF No. 5)

This is Plaintiff's first request for an extension of time.  Counsel requires additional time to brief the issues thoroughly.

Respectfully submitted,

Dated: February 27, 2023          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff


Dated: February 27, 2023          PHILLIP A. TALBERT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Office of Program Litigation
                                  Social Security Administration


By:   *_/s/ Elizabeth Kathleen Yates Landgraf_*
      Elizabeth Kathleen Yates Landgraf
      Special Assistant United States Attorney
      Attorneys for Defendant
      (*As authorized by email on February 24, 2023)

## **ORDER**

Based upon the foregoing stipulation and unopposed motion (Doc. 14), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including April 5, 2023, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **February 28, 2023**                      _/s/ Sheila K. Oberto_
                                           UNITED STATES MAGISTRATE JUDGE