JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lavell Teran Robinson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:22-cv-01186-SKO<br><br>ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>(Doc. 18) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 2-day extension of time, from  June 5, 2023 to June 7, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's third request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the weeks of June 5, 2023 and June 12, 2023, Counsel currently

1

has 26 merit briefs, and several letter briefs and reply briefs. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                              Respectfully submitted,

Dated: May 24, 2023        PENA & BROMBERG, ATTORNEYS AT LAW

                                        By: */s/ Jonathan Omar Pena*
                                            JONATHAN OMAR PENA
                                            Attorneys for Plaintiff

Dated: May 24, 2023        PHILLIP A. TALBERT
                                            United States Attorney
                                            MATHEW W. PILE
                                            Associate General Counsel
                                            Office of Program Litigation
                                            Social Security Administration

                                        By: *\*/s/ Elizabeth Kathleen Yates Landgraf*
                                            Elizabeth Kathleen Yates Landgraf
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant
                                            (*As authorized by email on May 24, 2023)

## **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion for an extension of time (Doc. 18), IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including June 7, 2023, to file Plaintiff's Motion for Summary Judgment. The deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated: **May 25, 2023**              /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE