|   |   |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | MATHEW W. PILE, WSBA 32245 |
|   | Associate General Counsel |
| 3 | Office of Program Litigation, Office 7 |
|   | ELIZABETH LANDGRAF, CSBN 313184 |
| 4 | Special Assistant United States Attorney |
|   |     Social Security Administration |
| 5 |     6401 Security Boulevard |
|   |     Baltimore, MD 21235 |
| 6 |     Telephone: (510) 970-4828 |
|   |     Facsimile: (415) 744-0134 |
| 7 |     Elizabeth.Landgraf@ssa.gov |
|   | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| LAVELL ROBINSON, | No. 1:22-cv-01186-SKO |
|---|---|
| Plaintiff, | STIPULATION AND UNOPPOSED MOTION FOR A FIRST EXTENSION TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER |
| v. |  |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, |  |
| Defendant. | (Doc. 21) |

The parties stipulate through counsel that the time for Defendant, the Acting Commissioner of Social Security (the "Commissioner"), to file her response to Plaintiff's Motion for Summary Judgment ("Motion") (ECF 20) be extended by thirty (30) days, from July 24, 2023, up to and including August 23, 2023. This is Defendant's first request for an extension to respond to Plaintiff's Motion.

Defendant needs more time because the undersigned attorney for Defendant currently has

twelve district court briefs due over the next four weeks, including six district court briefs due during the one-week period in which Defendant's brief is due in this case. The undersigned attorney has been working diligently to meet her current deadlines. However, due to the constraints of her current workload, including filing five district court briefs thus far in July 2023, she has not had sufficient time to devote to Defendant's brief in the present case. Furthermore, beginning April 2023, the undersigned attorney for Defendant began providing coverage for a colleague who had to suddenly begin extended leave. As a result, she was reassigned over twenty new district court cases in addition to her current workload. Due to the influx of new cases, the undersigned attorney needs more time to consider the issues raised in Plaintiff's Motion and determine whether settlement options may exist. Accordingly, the Commissioner respectfully requests an extension of 30 days, until August 23, 2023, to respond to Plaintiff's Motion. This request is made in good faith with no intention to unduly delay the proceedings.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 18, 2023      By:    */s/ Jonathan Pena*
JONATHAN PENA
(as authorized by email)
Attorney for Plaintiff

Dated: July 18, 2023      PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

      By:    */s/ Elizabeth Landgraf*
ELIZABETH LANDGRAF
Special Assistant United States Attorney

Attorney for Defendant

//

# **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 21),

IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including August 23, 2023, to respond to Plaintiff's Motion for Summary Judgment. The deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **July 19, 2023**                              /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE